JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ESPARZA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>THE ORVIS COMPANY, INC., a Vermont entity, d/b/a WWW.ORVIS.COM<br><br>Defendants. | Case No. 5:25-cv-00630-SSS-SHKx<br>Assigned to Hon. Sunshine S. Sykes<br><br>**ORDER GRANTING DISMISSAL OF ENTIRE ACTION**<br><br>Complaint Filed: January 24, 2025<br>Removed: March 10, 2025<br><br>**NOTE CHANGES MADE BY COURT** |

**ORDER GRANTING DISMISSAL OF ENTIRE ACTION**

The Court, having considered the parties' Stipulation for Dismissal Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby dismisses this action with prejudice as to the named Plaintiff and without prejudice as to the putative class. Each party shall bear its own costs and attorneys' fees.

The Court further **DISCHARGES** the OSC issued on June 25, 2025 and **VACATES** the hearing scheduled for July 18, 2025.

IT IS SO ORDERED.

Dated: July 16, 2025    By: _____
                            Hon. Sunshine Suzanne Sykes
                            United State District Judge